IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN V. HOLTEN, *et al.*<br><br>        Defendants. | Case No. 3:02CV797(AWT)<br><br>November 7, 2003 |

## JOINT STATUS REPORT

Plaintiff Federal Insurance Company ("Federal") and Defendants John V. Holten, John R. Evans, Gunnar Klintberg, Raymond Marshall, Leif F. Onarheim, Daniel W. Crippen, Benoit Jamar, Peter Grauer, Holberg Incorporated, Holberg Industries, Inc., and NEBCO Evans Distributors, Inc. hereby submit this joint status report to inform the Court that on October 8, 2003, Judge Kent Jordan of the District of Delaware granted Federal's motion to transfer the Delaware action to Connecticut. As a result, the parties hereby request that the Court schedule a status conference.

Respectfully submitted,

_____
Steven B. Malech
Alan G. Schwartz
WIGGIN & DANA LLP
One Century Tower
265 Church Street
New Haven, CT 06508
(203) 498-4400


Glenn M. Kurtz
Christopher J. Glancy
WHITE & CASE
1155 Avenue of the Americas
New York, NY 10036-2787
(212) 819-8200


Counsel for Defendants John
Holten, John R. Evans,
Gunnar Klintberg, Raymond
Marshall, Leif F. Onarheim,
Daniel W. Crippen,
Benoit Jamar, Peter Grauer,
Holberg Incorporated, Holberg
Industries, Inc., and NEBCO
Evans Distributors, Inc.

_____
Jeffrey L. Williams
JORDEN BURT LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089
(860) 392-5000


David J. Hensler
Sten A. Jensen
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-5600


Counsel for Plaintiff Federal
Insurance Company

115473