**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

2003 NOV -7 P 2: 11

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | |
| ) | Case No. 3:02CV797(AWT) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN V. HOLTEN, *et al.* ) | |
| ) | November 7, 2003 |
| Defendants. ) | |

## JOINT STATUS REPORT

Plaintiff Federal Insurance Company ("Federal") and Defendants John V. Holten, John R. Evans, Gunnar Klintberg, Raymond Marshall, Leif F. Onarheim, Daniel W. Crippen, Benoit Jamar, Peter Grauer, Holberg Incorporated, Holberg Industries, Inc., and NEBCO Evans Distributors, Inc. hereby submit this joint status report to inform the Court that on October 8, 2003, Judge Kent Jordan of the District of Delaware granted Federal's motion to transfer the Delaware action to Connecticut. As a result, the parties hereby request that the Court schedule a status conference.

APPROVED. A status conference will be scheduled. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/25/03

FILED 2003 NOV 25 P 3:00 US DISTRICT COURT HARTFORD CT