IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:02 CV 797 (AWT) |
| JOHN HOLTEN, *et al.*, | ) |
| | ) November 26, 2003 |
| Defendants, | ) |

## PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO LIFT STAY

Plaintiff Federal Insurance Company ("Federal") submits this reply in support of its motion to lift stay and states as follows.

1.  Federal is aware of no authority – and defendants have cited none – holding that it is appropriate to maintain a stay in an insurance proceeding because one side believes that settlement in the underlying litigation may be successful. Federal filed this case in May 2002. Defendants have already succeeded in delaying these proceedings for more than a year by filing a copycat lawsuit in Delaware and then opposing Federal's motion to have that case transferred here to be consolidated with Federal's first-filed action. Federal is now entitled to obtain a declaration that it has no obligation to contribute to the defense or any settlement of the Rittenmeyer Action or the AmeriServe Proceeding.

2.  Federal disagrees with defendants' characterization of the underlying settlement negotiations as being in an "advanced stage" and any suggestion that

they are likely to lead to a settlement that will resolve this litigation any time soon with respect to each of Federal's Insureds.

3. Federal did not supply the Court with a new scheduling order because it is not pertinent to the pending motion to lift stay and because the stay is still in effect. Federal will certainly submit a revised scheduling order if it would assist the Court in resolving this motion or if the stay is lifted.

Respectfully submitted,

Jeffrey L. Williams, ct05446
Jorden Burt LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089
Telephone: 860/392-5000
Facsimile: 860/392-5058

David J. Hensler
Sten Jensen
Ellen S. Kennedy
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
Telephone: 202/637-5600
Facsimile: 202/637-5910

Counsel for Plaintiff
Federal Insurance Company

Ct117134

## CERTIFICATION

This is to certify that a copy of Plaintiffs' Reply in Support of Motion to Life Stay, was sent via facsimile and first class mail, postage prepaid, this 26th day of November, 2003, to the following:

    Steven B. Malech, Esq.
    Alan G. Schwartz, Esq.
    Wiggin & Dana
    1 CityPlace - 185 Asylum Street
    Hartford, CT   06103-3402

    Glenn M. Kurtz, Esq.
    Christopher J. Glancy, Esq.
    White & Case
    1155 Avenue of the Americas
    New York, NY  10036-2787

_____
Jeffrey L. Williams