HONORABLE **Thompson**  CT-cvmhrg (October 17, 2001)
DEPUTY CLERK _____  RPTR/ERO/TAPE **CT**

TOTAL TIME: ___ hours ___ minutes

DATE **12/23/03**    START TIME **2:00pm**    END TIME **2:10pm**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

**Federal Ins.**
vs.
**Holton**

CIVIL NO. **3:02CV797**

**J. Williams, S. Jensen**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**S. Malech, G. Kurtz, C. Gancy**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ (mhrgh) Motion Hearing **by phone**
☐ (contmphrg.) Contempt Hearing
☐ (pchrg.) Probable Cause Hearing
☐ (mischrg.) Miscelaneous Hearing
☐ (confmhrg.) Confirmation Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (fairhrg.) Fairness Hearing
☐ (showhrg.) Show Cause Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

☒ #38 Motion **to lift stay**    ☒ granted ☐ denied ☐ advisement

This case ordered consolidated with 3:03CV1816.

26(f) report for both cases due 1/20/04

Hearing continued until ___