IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 22 P 3: 59

US DISTRICT COURT
HARTFORD CT

----------------------------------------------------------- x

FEDERAL INSURANCE COMPANY,

         Plaintiff,

v.

JOHN V. HOLTEN, ET AL.

         Defendants.

Case No. 3:02 CV 797 (AWT)

December 22, 2003

----------------------------------------------------------- x
----------------------------------------------------------- x

JOHN V. HOLTEN, ET AL.

         Plaintiff,

v.

FEDERAL INSURANCE COMPANY

         Defendants.

Case No. 3:03 CV 1816 (AWT)

December 22, 2003

----------------------------------------------------------- x

### DEFENDANTS' MOTION TO ALLOW COUNSEL TO APPEAR PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), John V. Holten, Gunnar Klintberg, Leif Onarheim, Holberg, Incorporated, Holberg Industries, Inc., Peter Grauer, Benoit Jamar, John R. Evans, Raymond Marshall, Daniel W. Crippen, and NEBCO Evans Distributors, Inc. (the "Insureds"), by and through the undersigned counsel, respectfully request that the Court allow attorneys Glenn M. Kurtz and Christopher J. Glancy to appear *pro hac vice* and practice before this Court in connection with these matters. In support of this Motion, the undersigned counsel represents the following:

1.      Glenn M. Kurtz is a member of the law firm of White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036-2787. Mr. Kurtz's telephone number is (212) 819-8200 and his facsimile number is (212) 354-8113.

2.      Mr. Kurtz is not a member of the bar of this Court. Rather, he is a member in good standing of the bar of the State of New York, the Court of Appeals for the Second Circuit, the Court of Appeals for the Fourth Circuit, and the United States District Courts for the Southern District of New York, the Eastern District of New York and the Western District of Michigan. .

3.      Mr. Kurtz has not been denied admission or disciplined by this Court or any other court. Mr. Kurtz's Affidavit in support of this Motion is attached hereto at Exhibit A.

4.      Christopher J. Glancy is an associate attorney at White & Case LLP, 1155 Avenue of the Americas, New York, New York 10036-2787. Mr. Glancy's telephone number is (212) 819-8200 and his facsimile number is (212) 354-8113.

5.      Mr. Glancy is not a member of the bar of this Court. Rather, he is a member in good standing of the bar of the State of New York, the United States District Court for the Southern District of New York and the Federal Circuit.

6.      Mr. Glancy has not been denied admission or disciplined by this Court or any other court. Mr. Glancy's Affidavit in support of this Application is attached hereto at Exhibit B.

7.      In accordance with D. Conn. L. Civ. R. 83.1(d)(2), this Motion is accompanied by payment to the Clerk of this Court of a fee of twenty-five dollars ($25.00) for Mr. Kurtz's application and twenty-five dollars ($25.00) for Mr. Glancy's application.

WHEREFORE, for the reasons stated above, the undersigned respectfully requests that Glenn M. Kurtz and Christopher J. Glancy be admitted to practice herein *pro hac vice* for the sole purpose of these matters.

RESPECTFULLY SUBMITTED,

JOHN V. HOLTEN, GUNNAR KLINTBERG, LEIF ONARHEIM, HOLBERG INCORPORATED, HOLBERG INDUSTRIES, INC., PETER GRAUER, BENOIT JAMAR, JOHN R. EVANS, RAYMOND MARSHALL, DANIEL W. CRIPPEN, and NEBCO EVANS DISTRIBUTORS, INC.,

By: *[signature: Steven B. Malech]*
Alan G. Schwartz
Federal Bar No. ct05891
Steven B. Malech
Federal Bar No. ct16314
WIGGIN & DANA LLP
One CityPlace
185 Asylum Street
Hartford, CT 06103-3402
(860) 297-3700
Their Attorneys

Of Counsel

Glenn M. Kurtz
Christopher J. Glancy
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10035
(212) 819-8200

## CERTIFICATE OF SERVICE

This is to certify that on this 22nd day of December, 2003, a copy of the foregoing Application has been sent via first class mail, postage prepaid, to the following counsel of record:

>Jeffrey L. Williams, Esq.
>Christopher G. Barnes, Esq.
>Jorden Burt LLP
>175 Powder Forest Drive, Ste. 201
>Simsbury, CT  06089

*Steven B. Malech*
Steven B. Malech

\15661\1\441619.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | Case No. 3:02CV797 (AWT) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN V. HOLTEN, *et al.* | ) | |
| | ) | November 18, 2003 |
| Defendants. | ) | |

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

### AFFIDAVIT OF GLENN M. KURTZ

I, GLENN M. KURTZ, hereby depose and say:

1. I am a partner with the law firm White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036-2787, Tel. (212) 819-8200.

2. I am a member in good standing of the Bar of the State of New York, and of the Court Of Appeals for the Second Circuit, the Court of Appeals for the Fourth Circuit, and the United States District Courts for the Southern District of New York, the Eastern District of New York and the Western District of Michigan.

3. I have not been denied admission or disciplined by this Court or any other Court.

NEWYORK 3548215 v1
(2K)

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Glenn M. Kurtz

Sworn to before me this ~~November~~ December
18th day of ~~November,~~ 2003

_____
Notary Public

JENNIFER J. WHINNEN
Notary Public, State of New York
No. 01WH6086126
Qualified in New York County
Commission Expires Jan. 13, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN V. HOLTEN, *et al.*<br><br>Defendants. | Case No. 3:02CV797 (AWT)<br><br>December 18, 2003 |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

## AFFIDAVIT OF CHRISTOPHER J. GLANCY

I, CHRISTOPHER J. GLANCY, hereby depose and say:

1. I am an associate with the law firm White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036-2787, Tel. (212) 819-8200.

2. I am a member in good standing of the Bar of the State of New York, the Bar of the United States District Court for the Southern District of New York, and the Bar of the Federal Circuit.

3. I have not been denied admission or disciplined by this Court or any other Court.

4. I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

_____
Christopher J. Glancy

Sworn to before me this
18th day of December, 2003

_____
Notary Public

JENNIFER J. WHINNEN
Notary Public, State of New York
No. 01WH6086126
Qualified in New York County
Commission Expires Jan. 13, 2007

NEWYORK 3537417 v1 (2K)