# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | : | |
| Plaintiff, | : | CASE NO. 3:02CV797 (AWT) |
| V. | : | |
| JOHN HOLTEN, et al., | : | |
| Defendants. | : | NOVEMBER 10, 2003 |

### MOTION TO LIFT STAY AND ENTER SCHEDULING ORDER

In that the reasons for imposing a stay in the above-captioned matter have been resolved, Plaintiff, Federal Insurance Company, ("Federal"), requests that this Court lift the stay it imposed in its August 1, 2002 Endorsement Order. Federal further requests this Court enter a Scheduling Order pursuant to Fed. R. Civ. P. 16(b).

1. On May 9, 2002, Federal filed this declaratory judgment action to resolve the parties' insurance coverage dispute (this "Action"). Later that same day, defendants filed a declaratory judgment action against Federal in the United States District Court for the District of Delaware (the "Delaware Action").

2. On June 20, 2002, Federal filed a Motion to Transfer or, in the Alternative, for a Stay of the Delaware Action.

3. On July 23, 2002, defendants filed a Motion to Dismiss or, in the Alternative, Stay this Action.

4. On July 24, 2002, Federal filed its Rule 26(f) Report in this Action. A copy of the July 24, 2002 Rule 26(f) Report is attached as Exhibit A.

GRANTED, at a telephonic status conference on the record today. Unless the cases are settled, the parties shall file a 26(f) report for this case and Case No. 3:03CV1816 by January 20, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  12/23/03