IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 31  P 2:

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV797 (AWT) |
| ) | |
| JOHN V. HOLTEN, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Federal Insurance Company ("Federal") and defendants Daniel Crippen and Raymond Marshall herein stipulate to the dismissal of defendants Crippen and Marshall as parties to this action and of each claim asserted against them herein, with prejudice and with each party bearing its own costs thereof.

Respectfully submitted,

_Jeffrey L. Williams (by CGG)_
Jeffrey L. Williams
Federal Bar No. ct05446
Jordan Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

David J. Hensler
Sten A. Jensen
Ellen Swennes Kennedy
HOGAN & HARTSON L.L.P.

_Steven B. Malech_
Alan G. Schwartz
Federal Bar No. ct05891
Steven B. Malech
Federal Bar No. ct16314
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT  06508
Telephone: (203) 498-4400

Glenn M. Kurtz
Christopher J. Glancy

\\\DC - 57212/0256 - 1853764 v1

| | |
|---|---|
| 555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910<br><br>Counsel for Plaintiff<br>Federal Insurance Company | White & Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10035<br>Telephone: (212) 819-8200<br><br>Counsel for Defendants Daniel<br>Crippen and Raymond Marshall |

Dated: December 30, 2003