43

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 22  P 3: 59

US DISTRICT COURT
HARTFORD CT

------------------------------------------------------------ x

FEDERAL INSURANCE COMPANY,

                Plaintiff,

v.

JOHN V. HOLTEN, ET AL.

                Defendants.

Case No. 3:02 CV 797 (AWT)

December 22, 2003

------------------------------------------------------------ x
------------------------------------------------------------ x

JOHN V. HOLTEN, ET AL.

                Plaintiff,

v.

FEDERAL INSURANCE COMPANY

                Defendants.

Case No. 3:03 CV 1816 (AWT)

December 22, 2003

------------------------------------------------------------ x

### DEFENDANTS' MOTION TO ALLOW COUNSEL TO APPEAR PRO HAC VICE

Pursuant to D. Conn. L. Civ. R. 83.1(d), John V. Holten, Gunnar Klintberg, Leif Onarheim, Holberg, Incorporated, Holberg Industries, Inc., Peter Grauer, Benoit Jamar, John R. Evans, Raymond Marshall, Daniel W. Crippen, and NEBCO Evans Distributors, Inc. (the "Insureds"), by and through the undersigned counsel, respectfully request that the Court allow attorneys Glenn M. Kurtz and Christopher J. Glancy to appear *pro hac vice* and practice before this Court in connection with these matters. In support of this Motion, the undersigned counsel represents the following:

**GRANTED. It is so ordered.**

Alvin W. Thompson, U.S.D.J.
Hartford, CT   1/8/04

02CV797end43