IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN V. HOLTEN, *et al.* )<br>)<br>Defendants. ) | Case No. 3:02CV797 (AWT)<br><br><br><br><br>January 20, 2004 |

**STIPULATED MOTION FOR EXTENSION OF TIME TO
FILE A REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)**

Plaintiff Federal Insurance Company ("Federal") and defendants John V. Holten, John R. Evans, Gunnar Klintberg, Leif F. Onarheim, Benoit Jamar, Peter Grauer, Holberg Incorporated, Holberg Industries, Inc., and NEBCO Evans Distributors, Inc. (collectively, the "defendants"), respectfully move that the Court extend the deadline for filing a report pursuant to Federal Rule of Civil Procedure 26(f) for thirty days, from January 20, 2004, up to and including Thursday, February 19, 2004.  In support of this Motion, the parties represent that they have reached an agreement to resolve their dispute.  The foregoing notwithstanding, the parties require additional time to finalize and document the settlement terms.

This is the parties' first request for an extension of time to extend the January 20, 2004 deadline.

WHEREFORE, the parties request that the Court grant this Motion for Extension of Time.

Respectfully submitted,

_____
Alan G. Schwartz
Federal Bar No. ct05891
Steven B. Malech
Federal Bar No. ct1634
WIGGIN AND DANA LLP
One CityPlace
185 Asylum Street
Hartford, Connecticut 06103
Tel: (860) 297-3700

Glenn M. Kurtz
Christopher J. Glancy
WHITE & CASE
1155 Avenue of the Americas
New York, NY 10036
Tel: (212) 819-8200

Counsel for Defendants John
Holten, John R. Evans,
Gunnar Klintberg, Leif F. Onarheim,
Benoit Jamar, Peter Grauer,
Holberg Incorporated, Holberg
Industries, Inc., and NEBCO
Evans Distributors, Inc.

_____
Jeffrey L. Williams
Federal Bar No. ct005446
JORDEN BURT LLP
175 Powder Forest Drive
Suite 201
Simsbury, CT 06089
(860) 392-5000

David J. Hensler
Sten A. Jensen
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 2004
Tel: (202) 637-5600

Counsel for Plaintiff Federal
Insurance Company