# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| | ) Case No. 3:02CV797 (AWT) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN V. HOLTEN, *et al.* | ) |
| | ) January 20, 2004 |
| Defendants. | ) |

## STIPULATED MOTION FOR EXTENSION OF TIME TO FILE A REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

Plaintiff Federal Insurance Company ("Federal") and defendants John V. Holten, John R. Evans, Gunnar Klintberg, Leif F. Onarheim, Benoit Jamar, Peter Grauer, Holberg Incorporated, Holberg Industries, Inc., and NEBCO Evans Distributors, Inc. (collectively, the "defendants"), respectfully move that the Court extend the deadline for filing a report pursuant to Federal Rule of Civil Procedure 26(f) for thirty days, from January 20, 2004, up to and including Thursday, February 19, 2004. In support of this Motion, the parties represent that they have reached an agreement to resolve their dispute. The foregoing notwithstanding, the parties require additional time to finalize and document the settlement terms.

This is the parties' first request for an extension of time to extend the January 20, 2004 deadline.

WHEREFORE, the parties request that the Court grant this Motion for Extension of Time.

Extension GRANTED, nunc pro tunc, to and including February 19, 2004. It is so.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   1/23/04