# POTTER ANDERSON & CORROON LLP

1313 NORTH MARKET STREET
P.O. BOX 951
WILMINGTON, DELAWARE 19899-0951

302 984-6000
302 658-1192 FAX
www.potteranderson.com

John E. James
Partner
302 984-6018
302 658-1192 FAX
jjames@potteranderson.com

January 14, 2004

**By Federal Express**

The Honorable Alvin W. Thompson, U.S.D.J.
United States District Court
  for the District of Connecticut
Abraham Ribicoff Federal Building
Chambers Room No. 240
450 Main Street
Hartford, CT 06103

Re: **Federal Insurance Company v. Holten (Case No. 3:02CV797 (AWT))**
    -and-
    **Holten v. Federal Insurance Company (Case No. 3:03CV1816 (AWT))**

Dear Judge Thompson:

I have attached a copy of a facsimile dated December 17, 2003 that had been forwarded to me, advising counsel of a telephone status conference scheduled for December 23, 2003 in the above-referenced matters. Our firm served as Delaware counsel in representing the Holten plaintiffs, along with counsel at White & Case in New York, in the United States District Court for the District of Delaware before that action was transferred by Judge Kent Jordan to the District of Connecticut, but no longer represents the Holten plaintiffs.

Upon receipt of that facsimile on December 17, 2003, we forwarded by facsimile a letter to Kevin F. Rowe, Clerk of Court, advising, among other things, that our firm no longer represents the Holten plaintiffs in the above matters. We have since been advised by the Clerk's office that we must write this letter to Your Honor in order to effectuate the withdrawal of our firm as counsel for the Holten plaintiffs.

Accordingly, we respectfully request that Your Honor permit our firm to withdraw as counsel in the above matters. White & Case has retained Connecticut counsel, the firm of Wiggin & Dana LLP, to represent the Holten plaintiffs.

[Margin annotation, left side:] The Clerk shall treat this letter as a Motion to Withdraw, and that motion is being GRANTED. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT 1/23/04

[Stamp:] 2004 JAN 26 PM 4:22 U.S. DISTRICT COURT HARTFORD

The Honorable Alvin W. Thompson, U.S.D.J.
Page 2
January 14, 2004


If Your Honor has any questions concerning this request, I am available at the Court's convenience.

Respectfully,

John E. James

JEJ/cml
Enclosure
616976/25658
cc:    Kevin F. Rowe, Clerk of Court (w/ enc.) (by Federal Express)
       Jeffrey L. Williams, Esquire (w/ enc.) (by First Class U. S. Mail)
       David J. Hensler, Esquire (w/ enc.) (by First Class U. S. Mail)
       Alan G. Schwartz, Esquire (w/ enc.) (by First Class U. S. Mail)
       Glenn M. Kurtz/Christopher J. Glancy, Esquires (w/ enc.) (by First Class U. S. Mail)

The Honorable Alvin W. Thompson, U.S.D.J.
Page 3
January 14, 2004


bcc:    Michael D. Goldman, Esquire (w/o encs.)
        Stewart C. Crawford, Jr., Paralegal (w/o encs.)