# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

FILED

2004 FEB 19 P 2: 48

U.S. DISTRICT COURT

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:02CV797 (AWT) |
| | ) | |
| JOHN V. HOLTEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Federal Insurance Company ("Federal"), defendants John V. Holten, Gunnar Klintberg, Leif Onarheim, Holberg Incorporated, Holberg Industries, Inc., and NEBCO Evans Distributors, Inc. (collectively the "Holberg defendants"), and defendants Benoît Jamar and Peter Grauer herein stipulate to the dismissal of the Holberg defendants, Jamar, and Grauer as parties to this action and of each claim asserted against them herein, with prejudice and with each party bearing its own costs thereof.

Respectfully submitted,

_____
Jeffrey L. Williams
Federal Bar No. ct05446
Jordan Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

_____
Alan G. Schwartz
Federal Bar No. ct05891
Steven B. Malech
Federal Bar No. ct16314
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508
Telephone: (203) 498-4400

\\\DC - 57212/0256 - 1881660 v1

David J. Hensler
Sten A. Jensen
Ellen Swennes Kennedy
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Counsel for Plaintiff
Federal Insurance Company

Glenn M. Kurtz
Christopher J. Glancy
White & Case LLP
1155 Avenue of the Americas
New York, NY  10035
Telephone: (212) 819-8200

Counsel for Defendants
John V. Holten, Gunnar Klintberg,
Leif Onarheim, Holberg Incorporated,
Holberg Industries, Inc., NEBCO
Evans Distributors, Inc., Benoît
Jamar, and Peter Grauer


Dated:  February ___, 2004