# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:02CV797 (AWT) |
| ) | |
| JOHN V. HOLTEN, et al., ) | |
| ) | |
| Defendants. ) | |

FILED
2004 FEB 19 P 2:48
U.S. DISTRICT COURT

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Federal Insurance Company ("Federal"), defendants John V. Holten, Gunnar Klintberg, Leif Onarheim, Holberg Incorporated, Holberg Industries, Inc., and NEBCO Evans Distributors, Inc. (collectively the "Holberg defendants"), and defendants Benoît Jamar and Peter Grauer herein stipulate to the dismissal of the Holberg defendants, Jamar, and Grauer as parties to this action and of each claim asserted against them herein, with prejudice and with each party bearing its own costs thereof.

Respectfully submitted,

_____
Jeffrey L. Williams
Federal Bar No. ct05446
Jordan Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

_____
Alan G. Schwartz
Federal Bar No. ct05891
Steven B. Malech
Federal Bar No. ct16314
Wiggin & Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508
Telephone: (203) 498-4400

\\\DC - 57212/0256 - 1881660 v1

*Handwritten annotations:* #53; 02CV797 end #53; APPROVED. The Clerk shall dismiss all claims against defendants John V. Holten, Gunnar Klintberg, Leif Onarheim, Holberg Inc., Holberg Industries, Inc., NEBCO Evans Distributors, Inc., Benoit Jamar and Peter Grauer. All claims against defendant John R. Evans remain. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 2/23/04