IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN V. HOLTEN, *et al.* )<br>)<br>Defendants. )<br>) | Case No. 3:02CV797 (AWT)<br><br>February 23, 2004 |

## STIPULATED MOTION FOR EXTENSION OF TIME TO
## FILE A REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f)

Plaintiff Federal Insurance Company ("Federal") and defendant John R. Evans respectfully move that the Court extend the deadline for filing a report pursuant to Federal Rule of Civil Procedure 26(f) for twenty-eight days, from Thursday, February 19, 2004, up to and including Friday, March 19, 2004. In support of this Motion, the parties represent that they have reached an agreement in principle to resolve their dispute. The foregoing notwithstanding, the parties require additional time to finalize and document the settlement terms.

This is the parties' second request for an extension of time to extend the original filing deadline.

WHEREFORE, the parties request that the Court grant this Motion for Extension of Time.

Extension GRANTED, absent objection, to and including
March 19, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  02-25-04