IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>V.<br><br>JOHN HOLTEN, et al.,<br><br>        Defendants. | :   CASE NO. 3:02CV797 (AWT)<br>:<br>:<br>:<br>:<br>:   March 17, 2004<br>:<br>: |

## MOTION FOR EXTENSION OF TIME
## TO FILE RULE 26(F) REPORT

Plaintiff Federal Insurance Company and defendant John R. Evans respectfully move the Court for an extension of the deadline to file a report pursuant to Federal Rule of Civil Procedure 26(f) for thirty days, from March 19, 2004, up to and including Monday, April 19, 2004. In support of this Motion, the parties represent that they are engaged in on-going settlement discussions and additional time is required to finalize the settlement terms.

PLAINTIFF,
FEDERAL INSURANCE COMPANY

By _/s/ Jeffrey L. Williams_
Jeffrey L. Williams, ct05446
JORDEN BURT LLP
175 Powder Forest Drive, Suite 201
Simsbury, Connecticut 06032
Tel: (860)392-5000
Fax: (860) 392-5058

David J. Hensler
Sten A. Jensen
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600

DEFENDANT,
JOHN R. EVANS

By _/s/ Steven B. Malech_
Steven B. Malech, ct1634
Alan G. Schwartz, ct05891
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103

Glenn M. Kurtz
Christopher J. Glancy
WHITE & CASE
1155 Avenue of the Americas
New York, NY 10036
Tel: (202)637-5000

122021