IN THE UNITED STATES DISTRICT COURT **FILED**
FOR THE DISTRICT OF CONNECTICUT

2004 APR 14  P 3: 09

FEDERAL INSURANCE COMPANY,    :

                Plaintiff,    :    CASE NO. 3:02CV797 (AWT) U.S. DISTRICT COURT
V.    :    HARTFORD, CT.

JOHN HOLTEN, et al.,    :

                Defendants.    :    April 14, 2004
                    :

## MOTION FOR EXTENSION OF TIME TO FILE RULE 26(F) REPORT

Plaintiff, Federal Insurance Company and Defendant, John R. Evans, respectfully move the Court for an extension of the deadline to file a report pursuant to Federal Rule of Civil Procedure 26(f) for thirty days, from April 19, 2004, up to and including May 19, 2004. In support of this Motion, the parties represent that they have settled their dispute and are in the process of executing the closing documents. The parties do not anticipate that it will be necessary to seek an another extension.

PLAINTIFF,    DEFENDANT,
FEDERAL INSURANCE COMPANY    JOHN R. EVANS

By _____    By _____
   Jeffrey L. Williams, ct05446       Steven B. Malech, ct1634
   JORDEN BURT LLP       Alan G. Schwartz, ct05891
   175 Powder Forest Drive, Suite 201       WIGGIN AND DANA LLP
   Simsbury, Connecticut  06032       One City Place
   Tel:  (860)392-5000       185 Asylum Street
   Fax: (860) 392-5058       Hartford, CT 06103

   David J. Hensler       Glenn M. Kurtz
   Sten A. Jensen       Christopher J. Glancy
   HOGAN & HARTSON L.L.P.       WHITE & CASE
   555 Thirteenth Street, N.W.       1155 Avenue of the Americas
   Washington, D.C. 20004       New York, NY  10036
   Tel: (202) 637-5600       Tel: (202)637-5000

122021