#59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

**FILED**

2004 APR 14 P 3:09

U.S. DISTRICT COURT
HARTFORD, CT.

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | : | |
| Plaintiff, | : | CASE NO. 3:02CV797 (AWT) |
| V. | : | |
| JOHN HOLTEN, et al., | : | April 14, 2004 |
| Defendants. | : | |

## MOTION FOR EXTENSION OF TIME TO FILE RULE 26(F) REPORT

Plaintiff, Federal Insurance Company and Defendant, John R. Evans, respectfully move the Court for an extension of the deadline to file a report pursuant to Federal Rule of Civil Procedure 26(f) for thirty days, from April 19, 2004, up to and including May 19, 2004. In support of this Motion, the parties represent that they have settled their dispute and are in the process of executing the closing documents. The parties do not anticipate that it will be necessary to seek an another extension.

PLAINTIFF,
FEDERAL INSURANCE COMPANY

By _____
Jeffrey L. Williams, ct05446
JORDEN BURT LLP
175 Powder Forest Drive, Suite 201
Simsbury, Connecticut 06032
Tel: (860) 392-5000
Fax: (860) 392-5058

David J. Hensler
Sten A. Jensen
HOGAN & HARTSON L.L.P.
555 Thirteenth Street, N.W.
Washington, D.C. 20004

DEFENDANT,
JOHN R. EVANS

By _____
Steven B. Malech, ct1634
Alan G. Schwartz, ct05891
WIGGIN AND DANA LLP
One City Place
185 Asylum Street
Hartford, CT 06103

Glenn M. Kurtz
Christopher J. Glancy
WHITE & CASE
1155 Avenue of the Americas
New York, NY 10036
Tel: (202)637-5000

Extension GRANTED, absent objection, to and including May 19, 2004. It is so ordered.

_____
Alvin W. Thompson, U.S.D.J.
Hartford, CT 04/16/04