IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN V. HOLTEN, *et al.*, )<br>)<br>Defendants. ) | Case No. 3:02CV797 (AWT) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Federal Insurance Company ("Federal") and defendant John R. Evans herein stipulate to the dismissal of Evans as a party to this action and of each claim asserted against him herein, with prejudice and with each party bearing its own costs thereof.

Respectfully submitted,

_____
Jeffrey L. Williams
Federal Bar No. ct05446
Jordan Burt, LLP
175 Powder Forest Drive, Suite 201
Simsbury, CT 06089
Telephone: (860) 392-5000
Facsimile: (860) 392-5058

_____
Alan G. Schwartz
Federal Bar No. ct05891
Steven B. Malech
Federal Bar No. ct16314
Wiggin and Dana LLP
One Century Tower
265 Church Street
New Haven, CT 06508
Telephone: (203) 498-4400
Facsimile: (203) 782-2889

Page 1 of 2

David J. Hensler
Sten A. Jensen
Ellen Swennes Kennedy
Hogan & Hartson L.L.P.
555 Thirteenth Street, N.W.
Washington, DC  20004-1109
Telephone:  (202) 637-5600
Facsimile:  (202) 637-5910

Counsel for Plaintiff
Federal Insurance Company

Glenn M. Kurtz
Christopher J. Glancy
White & Case LLP
1155 Avenue of the Americas
New York, NY  10035
Telephone: (212) 819-8200

Counsel for Defendant
John R. Evans

Dated:  May 4, 2004