IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:02CV797 (AWT) |
| JOHN V. HOLTEN, *et al.*, | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Federal Insurance Company ("Federal") and defendant John R. Evans herein stipulate to the dismissal of Evans as a party to this action and of each claim asserted against him herein, with prejudice and with each party bearing its own costs thereof.

Respectfully submitted,

_Jeffrey L. Williams_  
Jeffrey L. Williams  
Federal Bar No. ct05446  
Jordan Burt, LLP  
175 Powder Forest Drive, Suite 201  
Simsbury, CT 06089  
Telephone: (860) 392-5000  
Facsimile: (860) 392-5058  

_Steven B. Malech_  
Alan G. Schwartz  
Federal Bar No. ct05891  
Steven B. Malech  
Federal Bar No. ct16314  
Wiggin and Dana LLP  
One Century Tower  
265 Church Street  
New Haven, CT 06508  
Telephone: (203) 498-4400  
Facsimile: (203) 782-2889  

Page 1 of 2

*Margin annotation:* APPROVED. The Clerk shall dismiss all claims against defendant John R. Evans and close the case. It is so ordered. Alvin W. Thompson, U.S.D.J. Hartford, CT 05/14/04